UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 15, 2015
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL BENNETT,

    Defendant.

Case No. 2:15-cr-00209-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __DANIEL BENNETT__, Case No. __2:15-cr-00209-JAM__ from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ 100,000, co-signed by Deborah Bennett

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

__X__ (Other): __Pretrial Services conditions stated on the record.__

Issued at Sacramento, California on October 15, 2015 at 3/10 pm

By: _(signature)_

Magistrate Judge Carolyn K. Delaney