Reichel & Plesser, LLP
Steven Plesser, State Bar #161615
455 Capitol Mall, Ste. 802
Sacramento, CA 95814
(916) 498-9258
steve@reichellaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 15-CR-0209 GEB |
| vs. | STIPULATION TO RESET BRIEFING SCHEDULE; ORDER THEREON |
| DANIEL BENNETT. | Date:  January 27, 2017<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Steven B. Plesser, attorney for defendant Bennett, to reset a briefing schedule for the filing of dispositive pre-trial motions as follows:

Defense Filing: November 18, 2016

Government Opposition: December 23, 2016

Defense Replies: December 30, 2016

Hearing on the Motions: January 27, 2017

- 1 -

This continuance is requested as defense needs additional time to complete factual background investigation and legal research.  Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from the date of lodging of the stipulation through January 27, 2017 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. section 3161(H)(7)(B)(iv) and Local Code T4, and that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: October 6, 2016                Respectfully submitted,

                                                       STEVEN B. PLESSER

                                                      /s/ Steven B. Plesser
                                                      STEVEN B. PLESSER
                                                      Attorney for defendant

Dated: October 6, 2016                PHILLIP A. TALBERT
                                                      Acting United States Attorney

                                                      /s/ STEVEN B. PLESSER for:
                                                      JUSTIN LEE
                                                      Assistant U.S. Attorney
                                                      Attorney for Plaintiff

# ORDER

IT IS SO ORDERED. There shall be an exclusion of time in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. section 3161(H)(7)(B)(iv) and Local Code T4, and the court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: October 7, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge