Reichel & Plesser, LLP
Steven Plesser, SBN #161615
455 Capitol Mall, Ste. 802
Sacramento, CA 95814
(916) 498-9258
steve@reichellaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>DANIEL BENNETT. | Case No.: 2:15-CR-0209 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING AND SETTING NEW PSR SCHEDULE<br><br>Date:  July 14, 2017<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Steven B. Plesser, attorney for defendant Bennett, that Mr. Bennett's sentencing hearing currently scheduled for July 14, 2017 may be continued to September 8, 2017. The sentencing hearing needs to be continued because Mr. Bennett -who lives in French Camp, California, was unable to complete his presentence interview until now due to the sudden and severe onset of medical problems experienced by his mother, whom Mr. Bennett lives with and to whom he provides care.   Therefore, the parties have agreed that

- 1 -

the sentencing hearing may be continued to September 8, 2017, and a new PSR schedule established as follows:

- Proposed PSR to be disclosed to counsel: July 28, 2017

- Counsel's objections to PSR to be delivered to probation officer and opposing counsel: August 11, 2017

- PSR to be filed with Court: August 18, 2017

- Counsel's motion to correct PSR to be filed: August 25, 2017

- Counsel's reply or non-opposition to be filed with the Court and served on opposing counsel: September 1, 2017

IT IS SO STIPULATED.

Dated: June 28, 2017						Respectfully submitted,

							STEVEN B. PLESSER


							/s/ Steven B. Plesser
							STEVEN B. PLESSER
							Attorney for Defendant, Daniel Bennett

Dated: June 28, 2017						PHILLIP A. TALBERT
							Acting United States Attorney


							/s/ STEVEN B. PLESSER for:
							JUSTIN LEE
							Assistant U.S. Attorney
							Attorney for Plaintiff

# ORDER

GOOD CAUSE APPEARING upon the stipulation of the parties, it is hereby ordered that the sentencing hearing currently scheduled for 9:00 a.m. on July 14, 2017, is continued to 9:00 a.m. on September 8, 2017. It is further ordered that the PSR schedule is amended as follows:

- Proposed PSR to be disclosed to counsel: July 28, 2017

- Counsel's objections to PSR to be delivered to probation officer and opposing counsel: August 11, 2017

- PSR to be filed with Court: August 18, 2017

- Counsel's motion to correct PSR to be filed: August 25, 2017

- Counsel's reply or non-opposition to be filed with the Court and served on opposing counsel: September 1, 2017

Dated: June 29, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge